## THIRD DEPARTMENT, JULY TERM, 1887.

The People of the State of New York *ex rel.* Nathan B. Warren and others, Respondents, v. Edward Carter and others, [Appellants.— Order affirmed, with costs. Mem. by Learned, P. J.

James W. Montgomery, Appellant, v. Charles Lee, Respondent.—Judgment affirmed, with costs. Opinion by Landon, J.

The Phœnix Mills, Respondent, v. James A. Miller, Appellant. — Judgment and order reversed, new trial granted, costs to abide event. Opinion by Bockes, J.

Albert W Fuller and another, Respondents, v. Catharine E. Craig, Appellant.—Judgment reversed, new trial granted, referee discharged, costs to abide event, unless plaintiffs consent to deduct $250 from recovery, and if they so consent judgment affirmed, without costs of appeal. Opinions by Bockes, J., and Learned, P J., dissenting.

William D. Jones, as Assignee, etc., Respondent, v. The Howard Insurance Company of New York, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

Charles B. Myers, Administrator, etc., Respondent, v. James Cronk, Administrator etc., Appellant.—Judgment modified so as to award a recovery of only $200 and interest from June 9, 1878; no costs of appeal. Opinions by Learned, P. J., and by Bockes, J., dissenting.

Alexander M. Knowlson, Respondent, v. Laurence Moore, Appellant. — Judgment affirmed, with costs. Opinion by Bockes, J.

Spencer Optical Manufacturing Company, Respondent, v. Frederick Jump, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

Simeon Cunliff, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment affirmed, with costs. Opinion by Bockes, J.

John Smith, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant. — Judgment affirmed, with costs, Opinion by Bockes, J.

John Mahoney, Appellant, v. Daniel D. Warren and others, Respondents. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Mary Sawyer, Respondent, v. City of Amsterdam, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

The Citizens' Steamboat Company of Troy, Respondent, v. The Albany and Greenbush Bridge Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Bockes, J.; Landon, J., dissenting.

Ransom J. Horton, Appellant, v. George H. Dorr and others, Respondents. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

Hattie Spotten, Respondent, v. William H. Keeler, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Bockes, J.

James Steele, Respondent, v. John F. Masten, Appellant. — Judgment and order affirmed, with costs. Opinion by Learned, P. J.

Charles H. Wolston, Appellant, v. Philip W. Ham, Respondent. — Judgment of the County Court reversed and that of the Justices' Court affirmed, with costs. Opinion by Landon, J.

Ida C. Henderson, Respondent, v. Sarah A. Coyle, Appellant, Impleaded, etc. — Judgment and order affirmed, with costs. Opinion by Bockes, J.

Henry Fikes, Respondent, v. John Bouck, Appellant. — Judgment affirmed, with costs. Opinion by Learned, P. J.

Charles Moon, as President, etc., Appellant, v. John D. Worth, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P J..

Lydia M. Ballon, Respondent, v. Isaac Purqua, Appellant. — Judgment reversed on payment by defendant of costs of trial and appeal, otherwise affirmed, with costs. Opinion by Bockes, J.

William Crandall, Respondent, v. Frank Haskins, Appellant.—Judgment and order affirmed, with costs. Opinion by Landon, J.

John Spickerman, Respondent, v. Adam McChesney, Appellant. — Orders affirmed on opinion below, with ten dollars costs, without prejudice to renewal of application for stay on report of referee in plaintiff's favor, and before decision in Court of Appeals in former action.

Henry Riddle, Appellant, v. Henry Saunders, Respondent. — Judgment of County Court reversed; that of Justice's Court affirmed, with costs. Opinion by Learned, P. J.; Bockes, J., dissenting.

## THIRD DEPARTMENT, SEPTEMBER TERM, 1887.

Edmund H. Conklin, Plaintiff, v. Charles H. Tuthill, Defendant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Learned, P. J.

John A. Thompson, Respondent, v. Rowland W. Hazard, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

The People of the State of New York *ex rel.* Abel S. Myers v. John Barnes and others. — Cause certified to Court of Appeals.

Albert W. Fuller and others, Respondents, v. Catherine E. Craig, Appellant. — Cause certified to Court of Appeals.

Louis O. Goetchins, Appellant, v. Thadeus T. T. Adams, Respondent. — Motion to dismiss denied.

Thompson Burton, Respondent, v. Orissa M. Tremper, Appellant. — Order reversed and matter sent to Special Term for extra allowance, in its discretion. Mem. by Learned, P J.

The People of the State of New York *ex rel.* Newton A. Calkins, Respondent, v. The Board of Supervisors of Greene County, Appellant.— Judgment reversed and writ of *mandamus* refused, with costs. Opinion by Landon, J.

The National Tradesman's Bank, Appellant, v· Margaret Whetmore, Respondent. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Williams, J ; Landon, J,, not acting.

G. Howard Jones, Plaintiff, v. Smith Hay and Frank H. Burrows, Defendants. — Judgment affirmed, with costs, on opinion of Special Term.

Albert Burhans, Appellant, v. George A. Kerr, Respondent. — Judgment affirmed, with costs. Opinion by Learned, P. J.

The Journal Company, Respondent, v William W Thompson, Appellant. — Order affirmed, with costs. Opinion by Learned, P. J.

Lydia Mott, Respondent, v. Isaac Wayland Cook, Appellant. — Judgment affirmed, with costs. Opinion by Williams, J.

Willard E. Masten, Appellant, v. Jane E. Reilly and others, Respondents.—Judgment affirmed, with costs. Opinion by Learned, P. J.

Isaac Purqua and others, Respondents, v. Joseph M. Purqua and others, Appellants.—Judgment affirmed, with costs. Opinion by Learned, P. J